**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GIORDANO STUDIOS L.L.C.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-03529

Judge Andrea R. Wood

Magistrate Judge Jeffrey Cole

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 68 | Xihbxyly |
| 69 | SZWZ Technology |
| 70 | jimlbj |
| 71 | Gosuguu |
| 72 | HONHUZH |
| 73 | WHLBF |
| 74 | HAOTAGS |
| 75 | KBKYBUYZ |
| 76 | AOOCHASLIY |
| 77 | VSSSJ |
| 78 | Winter Fashion 2023 |
| 79 | Jacenvly |
| 80 | NARABB |
| 81 | uublik Company |
| 82 | DAETIROS |
| 83 | Augper |
| 84 | EQWLJWE |
| 85 | YanHoo |
| 86 | TUWABEII |
| 87 | SMihono |

| | |
|---|---|
| 88 | Penkiiy |
| 89 | Kingyoungall |
| 90 | Kiplyki |
| 91 | Leesechin |
| 92 | Floleo |
| 93 | Cethrio |
| 94 | CALAFEBILA CLOTH |
| 96 | Oalirro |
| 97 | Fesfesfes |
| 98 | SSAAVKUY |
| 99 | WJHWSX |
| 100 | KIHOUT |
| 101 | PPgejCEK faster delivery |
| 103 | Jyeity wardrobe |
| 104 | SBYOJLPB Clearance |
| 105 | UTTOASFAY Clearance |
| 106 | LYXSSBYX |
| 107 | Miluxas Clearance |
| 108 | ICHUANYI |
| 109 | HeDi |
| 63 | Your Home Supply |
| 43 | nice-art-decor |
| 45 | tiantian168 |
| 53 | QiMaieeUSA |
| 64 | SeeTruth |
| 53 | QiMaieeUSA |
| 64 | SeeTruth |
| 47 | ihshop |
| 61 | My Home Supplies |
| 49 | DEEYC |
| 13 | jinkuibaihuo |
| 59 | ELEQIN |
| 60 | Spring Warner |

DATED: June 19, 2024            Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 19, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                                     */s/ Keith A. Vogt*
                                                                     Keith A. Vogt